UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jose Uriel Sanchez,<br>Petitioner<br>v.<br>Todd Blanche, et al.,<br>Respondents | Case No. 2:26-cv-02478-CDS-EJY<br>**Order Granting Petitioner's Motion to Enforce and for an Extension of Time**<br>[ECF No. 7] |

Petitioner Jose Uriel Sanchez filed a motion seeking to enforce my August 18, 2026 order requiring the federal respondents to produce records or to certify that the records are not in their possession, custody, or control by September 1, 2026 (ECF No. 3 at 2). ECF No. 7. Sanchez's counsel argues that the federal respondents have not produced any documents, preventing Sanchez from determining whether an amended petition or motion to dismiss is appropriate. *Id.* As such, they seek additional time to amend or dismiss. *Id.* at 2. Given these representations, I find that enforcement of my order and an extension of time is warranted so the petitioner's motion **[ECF No. 7] is granted**.

It is ordered that the federal respondents must produce or certify they are not in possession of the following records: (1) I-200 warrant for arrest of alien; (2) I-286 initial custody determination; (3) I-862 notice to appear; (4) I-213 record of deportable or inadmissible alien; (5) all immigration court orders in the petitioner's removal proceedings or custody redetermination proceedings; (6) documents reflecting any appeal of any immigration court orders by the Department of Homeland Security or the petitioner; (7) transcripts and/or audio recordings of any custody redetermination proceedings; (8) any other records the federal respondents rely on to justify petitioner's detention **by September 18, 2026**.

It is further ordered that the federal respondents must file a notice of compliance by September 21, 2026.

It is further ordered that the petitioner's amended petition or a motion to dismiss is due by September 29, 2026.

Dated: September 11, 2026

Cristina D. Silva
United States District Judge